# United States District Court

Southern **DISTRICT OF** California

08 FEB 13 PM 2:35

CLERK U.S. DISTRICT COURT

BY: _____ DEPUTY

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)

282 West Calle Primera
San Ysidro, CA 92173

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: '08 MJ 0420

I Roberto Del Villar being duly sworn depose and say:

I am a Supervisory Border Patrol Agent, Department of Homeland Security, United States Border Patrol and have reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B

Which is fruits, evidence, and instrumentalities of crimes against the United States,

Concerning a violation of: Title 8 United States Code, Section 1324.
The facts to support a finding of probable cause are as follows:

See Attached Affidavit

Continued on the attached sheet and made a part hereof    X Yes    No

Signature of Affiant

Supervisory Border Patrol Agent Robert Del Villar
United States Border Patrol

Sworn to before me, and subscribed in my presence

At San Diego, California on FEB 13 2008 Date

Name and Title of Judicial Officer
**ANTHONY J. BATTAGLIA**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure W

## AFFIDAVIT

**STATE OF CALIFORNIA** )
)
**COUNTY OF SAN DIEGO** )

I, Roberto Del Villar, Supervisory Border Patrol Agent, U.S. Border Patrol, being duly sworn, hereby depose and say:

1. I am a Supervisory Border Patrol Agent with the United States Border Patrol within the United States Department of Homeland Security. I have been a Border Patrol Agent for approximately twelve years and nine months. In the course of my duties, I investigate, apprehend and prepare cases for prosecution against persons involved in the inducement of undocumented aliens to enter or remain in the U.S.; the bringing in of undocumented aliens into the U.S.; and the transportation and harboring of undocumented aliens. I have received training in the collection and dissemination of Intelligence, effective interview techniques, alien smuggler detection and deterrence training. I have developed training programs for my station in regards to Intelligence development, effective interview techniques, and prosecutions. I have been detailed to several special assignments to include Bi-national Prosecutions, Crime Victim Assistance and Special Operations within my area of operations. In the course of my employment with the Border Patrol, I have been involved in several hundred alien smuggling arrests.

2. The following is based on my own investigation or was provided by other law enforcement officers or the sources described below. Because this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only those facts relevant to the requested order. Dates and times are approximate. Conversations are described in substance and part, unless noted otherwise.

### A. BACKGROUND/ PROBABLE CAUSE

3. In April 2006, I became aware of the residence known as 282 West Calle Primera, San Ysidro, California, 92173, hereinafter referred to as **Target Residence**, as a result of an interview with a Confidential Source, hereinafter referred to as CS1. CS1 was apprehended guiding a group of illegal aliens into the United States. CS1 cooperated with agents and accompanied them to **Target Residence** and stated that it is where he/she had previously taken a group of undocumented aliens once they had been successfully smuggled into the United States.

4. During the course of my duties from April 2006 until present, I have interviewed five individuals that were apprehended smuggling aliens into the United States. All five agreed to cooperate with agents and accompanied them to the **Target Residence**. All five stated that they had previously taken aliens to **Target Residence** once they had been successfully smuggled into the United States. Most recently, on February12,

1

2008, Border Patrol agents apprehended a suspected foot guide leading an illegal alien approximately one mile west of the San Ysidro Port of Entry. The foot guide informed agents that he had taken groups of illegal aliens to the **Target Residence** on 4 to 5 prior occasions. On February 13, 2008, the foot guide accompanied agents to the **Target Residence** and confirmed that this was the location to which he had taken groups of illegal aliens on 4 to 5 prior occasions.

5. On February 13, 2008 agents conducted surveillance on **Target Residence**. Agents observed five individuals depart the residence in a vehicle. Agents conducted a vehicle stop and conducted a field interview on all five subjects. Three of the subjects also appeared to have been recently smuggled into the United States as their shoes and bottoms of their pants were wet and muddy. From my training and experience, illegal aliens frequently become soiled with mud and become wet when crossing into the United States due to having to cross the Tijuana River which is located between the residential section of Imperial Beach and the International Border. All three admitted to being citizens of Mexico with no documentation to legally enter or remain in the United States.

## B. CONCLUSION

6. Based upon the information contained in this affidavit a warrant to search premises known as **Target Residence** is hereby requested.

I declare the foregoing to be true and correct to the best of my knowledge.

Roberto Del Villar, Supervisory Border Patrol Agent
U.S. Border Patrol

Subscribed and sworn before me this 13th day of February 2008.

HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

2

# ATTACHMENT A

## Description of the Property and Premises to be Searched

### 282 West Calle Primera, San Ysidro, California

The premises located at 282 West Calle Primera, San Ysidro, California, 92173 including the residence, all rooms, attics, basements, garages, storage areas, safes, briefcases, containers, trash areas, trash containers, surrounding grounds, vehicles associated with this address and outer buildings of any kind located thereon as well as all vehicles located within the property boundaries, and parked on the street that have been determined to be associated to the residence.

The residence is described as follows:

The residence is part of compartmentalized cul-del-sac of a series of three one story blocks located on the Southside of the street. The structure is a beige colored stucco one story single-family detached residence with brown trimming and a red shingle roof. There are two brown single garage doors on the driveway to the right of the residence attached to the residence. The residence is located near the corner and faces north and is on the south side of the street. The numbers "282" are located in dark numbers to the window to the left of the front door.

## ATTACHMENT B

### Description of Items to Be Seized

### 282 West Calle Primera, San Ysidro, California

1. Documents relating to or memorializing the harboring, transportation, coordination and smuggling of illegal aliens, including but not limited to lists, pay-owe sheets, records of alien smuggling, log books, ledgers, storage records, and papers and documents containing lists of names and/or numbers of individuals involved in the coordination, transportation and smuggling of illegal aliens;

2. Documents and articles of personal property relating to the existence of a conspiracy to smuggle illegal aliens into the United States and distribute them throughout the United States, including computers and computer equipment, computer software, personal telephone/address books, electronic organizers, Rolodexes, telephone answering pads, telephone bills, and photographs;

3. Documents and articles of personal property relating to the obtaining, secreting, transfer, expenditure and/or concealment of money and assets derived from or to be used in the coordination, transportation and smuggling of illegal aliens, including books, receipts, records, bank statements, business records, money drafts, money orders and cashiers check receipts, safes and records of safety deposit boxes and storage lockers;

4. Financial proceeds and articles of personal property relating to the coordination, transporting and smuggling of illegal aliens, including U.S. currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to rental property;

5. Items commonly used to facilitate the smuggling or harboring of aliens such as communications equipment (cell phones, PDAs, etc.), firearms, ammunition and other weapons;

6. Communications equipment such as pagers, cell telephones, digital telephones, and two-way radios and counter surveillance equipment used to detect police activities and surveillance, including radio scanners, and wire transmitter detectors, and the contents therein;

7. Photographs of individuals coordinating, transporting, or smuggling illegal aliens;

8. Documents and articles of personal property relating to the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility and telephone bills and receipts, photographs, answering machine tape recordings, telephone beeper or paging devices, telephone answering pads, storage records, vehicle and/or vessels records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, travel documents, personal identification documents, and documents relating to obtaining false identification, including birth certificates, drivers licenses, immigration cards and other forms of identification in which the same person would use other names and identities other than his or her own; and

9. Incoming telephone calls for cellular telephones while at, or away from the premises for execution and service of this search warrant, including answering, listening to, recording, monitoring and conversing with callers who appear to be calling in regard to alien smuggling business on the telephone or answering machine or device, and to return any calls left on any answering machine or device, or telephone beeper or pager located within the premises to be searched, without revealing the agent or officer's identity.