## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

282 West Calle Primera
San Ysidro, CA 92173

Case No. 08 MJ 0420

SEARCH WARRANT

'08 FEB 19 PM 2:29
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

TO: Robert Del Villar and any Authorized Officer of the United States

Affidavit having been made before me by Robert Del Villar who has reason to believe that on the property known as

See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or property above-described and establish grounds for the issuance of this warrant based on alleged violation of Title 8, United States Code, Section 1324, Bringing In and Harboring Aliens

YOU ARE HEREBY COMMANDED to search on or before 2/23/08
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the

ANTHONY J. BATTAGLIA                                        , as required by law.

FEB 13 2008  2pm  at                    San Diego, California
Date and Time Issued                    City and State

Anthony J. Battaglia, U.S. Magistrate Judge
Name and Title of Judicial Officer      Signature of Judicial Officer

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/13/08 | 2/13/08  1510 | Ricardo Soto-Fernandez |

INVENTORY MADE IN THE PRESENCE OF

BPA Kevin Day

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Miscellaneous Documents:
  - State of California Driver Licence
  - State of California I.D.!
  - Social Security Cards
  - Imss Mexican Calling Card
  - Mexican Voters I.D.
  - Bussiness Cards w/phone numbers on back
  - LA County Transit Operator I.D.
  - CA Lotter ticket with phone # & address on back
  - Receipts.
  - Papers w/phone #'s
  - CA vehicle titles
  - Rent Recept
  - Vehicle statements
  - Ledger
  - Bank Account checks
  - Birth Certificates
- $1300 U.S
- Cell phone

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

Date 2/19/08